IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL JOHN PFUNDSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COTTONWOOD HEIGHTS, J. GRIFFITH, D. BARTLETT, and MIKELLE C. DAUGHERTY,<br><br>Defendants. | **ORDER**<br><br>**Civil No. 2:21-CV-00340-BSJ** |

**IT IS HEREBY ORDERED** that the court adopts the Report and Recommendation [ECF No. 16] of the Magistrate Judge, and hereby dismisses this case with prejudice.

**DATED** this 10th day of August, 2022.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge